**FLEET TRANSPORT COMPANY, INC.,
Plaintiff-Appellant,**

v.

**GEORGIA PUBLIC SERVICE COMMISSION et al., Defendants-Appellees.**

**No. 76–1769
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Feb. 28, 1977.

Rehearing and Rehearing En Banc
Denied March 23, 1977.

Louis C. Parker, III, Atlanta, Ga., for plaintiff-appellant.

Harold L. Russell, Atlanta, Ga., for Fetz, Inc.

R. Douglas Lackey, Lois F. Oakley, Asst. Attys. Gen., Arthur K. Bolton, Atty. Gen., Don A. Langham, Deputy Atty. Gen., Michael J. Bowers, Senior Asst. Atty. Gen., Atlanta, Ga., for defendants-appellees.

Before GODBOLD, HILL and FAY, Circuit Judges.

PER CURIAM:

We affirm on the basis of our opinion in *Wells Fargo Armored Service Corp. v. Georgia Public Service Conmmission,* 547 F.2d 938, 1977, No. 76–1866, decided today.

AFFIRMED.